AO 442 (Rev. 11/11) Arrest Warrant (Page 1)

FILED ___ LODGED
___ RECEIVED ___ COPY

DEC **2 8** 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
District of Arizona

United States of America
v.

Jose Antonio Santeros Placsencia
*Defendant*

)
)
)
)
)
)
)

Case No.   CR-23-01489-001-PHX-DWL

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay
*(name of person to be arrested)*   Jose Antonio Santeros Placsencia                                               ,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint

☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 USC § 371 Conspiracy to Make False Statements in the Purchase of a Firearm
18 USC §§ 922(a)(6), 924(n)(2), and 2 Material False Statements in the Purchase of a Firearm, Aid and Abet

D. Draper
*Issuing officer's signature*

City and state:  Phoenix, Arizona

D. Draper, Deputy Clerk
*Printed name and title*

ISSUED ON 10:12 am, Nov 01, 2023
s/ Debra D. Lucas, Clerk

| Return |
|---|
| This warrant was received on *(date)* 11/1/2023 , and the person was arrested on *(date)* 12/18/2023 at *(city and state)* San Diego CA. |

Date: 12/28/2023

by:_____
*Arresting officer's signature*
arrested by ATF

*Printed name and title*

cc: PTS