☒ AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings

LODGED
COPY
RECEIVED

JAN 0 4 2024

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

JAN 2 2024

CLERK, U.S. DIST...
SOUTHERN DIST... ...FORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

_____ SOUTHERN _____ DISTRICT OF _____ CALIFORNIA

UNITED STATES OF AMERICA

V.

_Jose Antonio Santeros-Placencia_

Defendant

**WAIVER OF RULE 5(c) & 5.1(a) HEARINGS:**
(Complaint/Indictment)
**Proceedings Pending Outside So. Dist. of CA**
CASE NUMBER: _23 MJ 4554_

CHARGING DISTRICTS
CASE NUMBER: _CR-23-1489-PHX-DWL (MTM)_

I understand that charges are pending in the _____ District of _Arizona_

alleging violation of _18 USC §371, §922(a)(6), 924(a)(2), and 2_ and that I have been arrested in this district and
(Title and Section)

taken before a judge, who has informed me of the charge(s) and my rights to:

    (1)    retain counsel or request the assignment of counsel if I am unable to retain counsel;

    (2)    an identity hearing to determine whether I am the person named in the charges;

    (3)    a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

    (4)    Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

(☒) identity hearing

( ) preliminary hearing

( ) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_____
_Defendant_

_12·20·2023_
Date

_____
_Defense Counsel_

K:\COMMON\CSA\forms\2005\Waiver_R5.wpd

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER 3:23-mj-04554-AHG-1 |
|---|---|
| vs | **ABSTRACT OF ORDER** |
| Jose Antonio Santeros-Placsencia | Booking No. 10393506 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of **12/22/2023**

the Court entered the following order:

X    Defendant be released from custody.

_____    Defendant placed on supervised / unsupervised probation / supervised release.

_____    Defendant continued on supervised / unsupervised probation / supervised release.

X    Defendant released on   **$25,000 P/S**   Bond posted.

_____    Defendant appeared in Court.  FINGERPRINT & RELEASE.

_____    Defendant remanded and ( _____ bond ) ( _____ bond on appeal ) exonerated.

_____    Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____    Bench Warrant Recalled.

_____    Defendant forfeited collateral.

_____    Case dismissed.

_____    Case dismissed, charges pending in case no.

_____    Defendant to be release to Pretrial Services for electronic monitoring.

_____    Other.

MICHAEL S. BERG

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

JOHN MORRILL, Clerk of Court

by   M. Loza (619) 557-6695

**E. Fry - OK**

Crim-9 (Rev. 09/23)
Original

## Read: 23mj4554; Abstract (Santeros-Placsencia)

CAS Releases

Fri 12/22/2023 12:49 PM

To:M Loza

📎 1 attachments (71 KB)

Read: 23mj4554; Abstract (Santeros-Placsencia);

CAUTION - EXTERNAL:

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

CLOSED

# U.S. District Court
## Southern District of California (San Diego)
## CRIMINAL DOCKET FOR CASE #: 3:23-mj-04554-AHG All Defendants

Case title: USA v. Santeros-Placsencia

Date Filed: 12/19/2023

Date Terminated: 01/03/2024

Assigned to: Magistrate Judge Allison H. Goddard

### Defendant (1)

**Jose Antonio Santeros-Placsencia**
*TERMINATED: 01/03/2024*
10393506

represented by **Federal Defenders**
Federal Defenders of San Diego
225 Broadway
Suite 900
San Diego, CA 92101-5008
(619)234-8467
Fax: (619)687-2666
Email: cassd_ecf@fd.org
*TERMINATED: 12/20/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Benjamin P. Davis**
Federal Defenders of San Diego, Inc.
225 Broadway
Suite 900
San Diego, CA 92101
(619) 234-8467
Fax: (619) 687-2666
Email: Benjamin_Davis@fd.org
*TERMINATED: 12/21/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Juan Martin Cabrales**
Federal Defenders of San Diego, Inc.
225 Broadway
San Diego, CA 92101
619-234-8467
Email: juan_cabrales@fd.org

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

## Pending Counts

None

## Highest Offense Level (Opening)

None

## Terminated Counts

None

## Highest Offense Level (Terminated)

None

## Complaints

18:371; 18:922(a)(6),924(a)(2),2;
18:924(d),981,982; 21:853,881; 28:2461(c)
- Conspiracy to Make False Statements in
the Purchase of a Firearm; Material False
Statement in the Purchase of a Firearm,
Aiding, and Abetting; and Forfeiture
Allegation

## Disposition

## Disposition

## Disposition

## Plaintiff

**USA**                                   represented by **U S Attorney CR**
U S Attorneys Office Southern District of
California
Criminal Division
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email: Efile.dkt.gc2@usdoj.gov
*TERMINATED: 12/20/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant United States*
*Attorney*

**Henry F. B. Beshar**
DOJ-USAO
880 Front Street
Room 6293
San Diego, CA 92101

619-546-9713
Email: henry.beshar@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant United States*
*Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/18/2023 | | Arrest of Jose Antonio Santeros-Placsencia (no document attached) (fjp) (Entered: 12/19/2023) |
| 12/19/2023 | 1 | OUT OF DISTRICT COMPLAINT as to Jose Antonio Santeros-Placsencia. (Attachments: # 1 Info Sheet)(fjp) (Entered: 12/19/2023) |
| 12/19/2023 | 2 | Set/Reset Duty Hearings as to Jose Antonio Santeros-Placsencia: Initial Appearance - ODC set for 12/19/2023 before Magistrate Judge Michael S. Berg. (no document attached) (mef) (Entered: 12/19/2023) |
| 12/19/2023 | 4 | Minute Entry for proceedings held before Magistrate Judge Michael S. Berg: Initial Appearance - Out of District Complaint as to Jose Antonio Santeros-Placsencia held on 12/19/2023. Federal Defenders appointed for Jose Antonio Santeros-Placsencia. Bond set as to Jose Antonio Santeros-Placsencia (1) $25,000 PS secured by 1 FRA. Travel extended to the Central District of California and the state of Arizona. Rule 5 advisement provided. ( Removal/ID Hearing set for 1/2/2024 09:30 AM before Magistrate Judge Allison H. Goddard.) (CD# 12/19/2023 MSB 23-1:3:50;4:10-4:22). (Plaintiff Attorney Henry Beshar AUSA). (Defendant Attorney Ryan De La Rosa FD-S/A). (PTSO Diana Doan) (no document attached) (aje) (Entered: 12/20/2023) |
| 12/19/2023 | 5 | ***English. No Interpreter needed as to Jose Antonio Santeros-Placsencia (no document attached) (aje) (Entered: 12/20/2023) |
| 12/19/2023 | 7 | ORDER Setting Conditions of Release. Bond set for Jose Antonio Santeros-Placsencia (1) $25,000 PS secured by 1 FRA... Signed by Magistrate Judge Michael S. Berg on 12/19/2023. (cxl) (Entered: 12/20/2023) |
| 12/20/2023 | 3 | NOTICE OF ATTORNEY APPEARANCE: Benjamin P. Davis appearing for Jose Antonio Santeros-Placsencia (Davis, Benjamin)Attorney Benjamin P. Davis added to party Jose Antonio Santeros-Placsencia(pty:dft)(stn). (Entered: 12/20/2023) |
| 12/20/2023 | 6 | NOTICE OF ATTORNEY APPEARANCE Henry F. B. Beshar appearing for USA. (Beshar, Henry)Attorney Henry F. B. Beshar added to party USA(pty:pla)(stn). (Entered: 12/20/2023) |
| 12/21/2023 | 8 | NOTICE OF ATTORNEY APPEARANCE: Juan Martin Cabrales appearing for Jose Antonio Santeros-Placsencia *Replacing Benjamin P. Davis* (Cabrales, Juan)Attorney Juan Martin Cabrales added to party Jose Antonio Santeros-Placsencia(pty:dft) (dim). (Entered: 12/21/2023) |
| 12/22/2023 | 9 | P/S Bond Filed as to Jose Antonio Santeros-Placsencia in amount of $ $25,000 PS secured by 1 FRA, Signed by Magistrate Judge Allison H. Goddard on 12/20/2023. (Document applicable to USA, Jose Antonio Santeros-Placsencia.) (stn) (Entered: 12/27/2023) |
| 12/26/2023 | 10 | ABSTRACT OF ORDER Releasing Jose Antonio Santeros-Placsencia re 9 Bond.. Signed by Magistrate Judge Michael S. Berg on 12/22/2023. (stn) (Entered: 12/27/2023) |
| 01/02/2024 | 11 | Minute Entry for proceedings held before Magistrate Judge Allison H. Goddard: Removal/ID Hearing as to Jose Antonio Santeros-Placsencia held on 1/2/2024. Defendant |

| | | |
|---|---|---|
| | | admits identity, waives hearing and submits a signed waiver. Court orders defendant to appear on 1/11/24 at 3:00 PM before Magistrate Judge Michael Morrissey in District of Arizona.(CD# 1/2/2024 9:41-9:42). (Plaintiff Attorney Henry Beshar, AUSA). (Defendant Attorney Juan Cabrales, FD). (no document attached) (tkl) (Entered: 01/02/2024) |
| 01/02/2024 | 12 | WAIVER of Rule 5 & 5.1 Hearings by Jose Antonio Santeros-Placsencia (ggv) (Entered: 01/03/2024) |
| 01/03/2024 | 13 | ORDER OF REMOVAL to District of Arizona as to Jose Antonio Santeros-Placsencia. Signed by Magistrate Judge Allison H. Goddard on 01/02/2024. (ggv) (Entered: 01/03/2024) |
| 01/03/2024 | 14 | NOTICE to Receiving District: **(District of Arizona)**, of Case Removal, as to Jose Antonio Santeros-Placsencia. The following documents are available on the public docket: 1 Out of District Complaint, 8 Notice of Attorney Appearance - Defendant, 13 Order of Removal to Another District, 3 Notice of Attorney Appearance - Defendant, 12 Waiver of Rule 5 Hearings, 10 Abstract of Order, 7 Order Setting Conditions of Release (Pretrial Release Order), 6 Notice of Attorney Appearance - USA. Additional documents will be sent via Email. To request additional transfer information and/or to submit acknowledgment re receipt of transfer, please email InterdistrictTransfer_CASD@casd.uscourts.gov. (ggv) (Entered: 01/03/2024) |