# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

vs

Jose Antonio Santeros-Placsencia

CASE NUMBER  3:23-mj-04554-AHG-1

**ABSTRACT OF ORDER**

Booking No.  10393506

CR-23-1489-PHX

FILED
RECEIVED ___   ___ LODGED
___ COPY

JAN 0 4 2024

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of  **12/22/2023**

the Court entered the following order:

| | |
|---|---|
| __X__ | Defendant be released from custody. |
| _____ | Defendant placed on supervised / unsupervised probation / supervised release. |
| _____ | Defendant continued on supervised / unsupervised probation / supervised release. |
| __X__ | Defendant released on ___$25,000 P/S___ Bond posted. |
| _____ | Defendant appeared in Court.  FINGERPRINT & RELEASE. |
| _____ | Defendant remanded and ( _____ bond ) ( _____ bond on appeal ) exonerated. |
| _____ | Defendant sentenced to TIME SERVED, supervised release for _____ years. |
| _____ | Bench Warrant Recalled. |
| _____ | Defendant forfeited collateral. |
| _____ | Case dismissed. |
| _____ | Case dismissed, charges pending in case no. |
| _____ | Defendant to be release to Pretrial Services for electronic monitoring. |
| _____ | Other. |

MICHAEL S. BERG
_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

JOHN MORRILL, Clerk of Court

by   M. Loza (619) 557-6695

**E. Fry - OK**

Crim-9 (Rev. 09/23)
Original

**Read: 23mj4554; Abstract (Santeros-Placsencia)**

CAS Releases

Fri 12/22/2023 12:49 PM

To:M Loza

📎 1 attachments (71 KB)

Read: 23mj4554; Abstract (Santeros-Placsencia);

CAUTION - EXTERNAL:

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.