IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | CR-23-01489-PHX-DWL |
|---|---|
| Plaintiff, | **ORDER** |
| vs. | (First Request) |
| Jose Antonio Santeros Placsencia, et al., | |
| Defendants. | |

Upon review of Defendant Placsencia's Motion to Continue Trial and Motions Deadline (Doc. 47), there being no objection from the government or co-defendant counsel, and good cause appearing,

IT IS ORDERED granting Defendant's Motion.

IT IS FURTHER ORDERED continuing the pretrial motions deadline to **May 24, 2024.**

This court specifically finds that the ends of justice served by taking this action outweigh the best interest of the public and the defendant in a speedy trial. This finding is based on the court's conclusion that the failure to grant such a continuance would unreasonably deny the defendant continuity of counsel and would deny the attorney for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(i) and (iv).

///

///

IT IS FURTHER ORDERED continuing Trial from May 7, 2024, to **July 2, 2024 at 9:00 a.m.** The pretrial motions deadline and trial date apply to Jose Antonio Santeros Placsencia (Defendant 1), Hector Camarena-Bedoy (Defendant 2), Bethany Lynn Hughes (Defendant 3), Lourdes Santeros (Defendant 4).

The Court finds excludable delay under 18 U.S.C. § 3161(h) ___ from **5/8/2024,** to **7/2/2024.**

Dated this 26th day of March, 2024.

_____
Dominic W. Lanza
United States District Judge

2