GARY M. RESTAINO
United States Attorney
District of Arizona

JACQUELINE SCHESNOL
Assistant U.S. Attorney
Arizona State Bar No. 016742
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: jacqueline.schesnol@usdoj.gov
Attorneys for Plaintiff

FILED ✗
RECEIVED ___
LODGED ___
COPY ___

AUG 2 7 2024

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | Case No.    CR-24-1442-PHX-MTL (JZB) |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF RELATED CASE** |
| 1. Albert Moses Coury, III, 2. Natalie Turner, | |
| Defendant. | |

Pursuant to Local Rule 5.1, the United States of America, by and through its attorneys undersigned, hereby gives notice to the court that this case is directly related to another pending criminal cases CR-23-1489-KML and CR-24-1037-KML.

Respectfully submitted this 27th day of August, 2024.

GARY M. RESTAINO
United States Attorney
District of Arizona

*Jacqueline Schesnol*

JACQUELINE SCHESNOL
Assistant U.S. Attorney