☒ FILED    ☐ LODGED

**Apr 28 2025**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

## IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

United States of America,

Plaintiff,

vs.

Jose Antonio Santeros Placsencia,

Defendant

Case No. CR-23-1489-1-PHX-KML

**CONSENT OF DEFENDANT**

After full consultation with counsel, I voluntarily consent to go forward before the United States Magistrate Judge with my

☒ Change of Plea Hearing

___ Admission or Denial Hearing on Petition for Revocation of Probation/Supervised Release and Evidentiary Hearing regarding revocation (if required).

DATED this 10th day of April , 2025.

_____
Jose Antonio Santeros Placsencia
Defendant

_____
Kaitlin S. Verdura
Attorney for Defendant

_____
Jacqueline Schesnol
Assistant U.S. Attorney

Digitally signed by JACQUELINE SCHESNOL
Date: 2025.04.22 18:16:20 -07'00'